# United States Court of Appeals

### For the Eighth Circuit

_____

No. 22-1950

_____

William Guelache

*Plaintiff - Appellant*

v.

Conagra Brands

*Defendant - Appellee*

------------------------------

Equal Employment Opportunity Commission

*Amicus on Behalf of Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: November 28, 2022
Filed: December 1, 2022
[Unpublished]

_____

Before COLLOTON, ERICKSON, and KOBES, Circuit Judges.

_____

PER CURIAM.

William Guelache appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action. After careful review of the record and the arguments on appeal, we agree with the district court's determination that Guelache failed to establish a prima facie case of discriminatory termination or failure to reinstate. See Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (grant of summary judgment is reviewed de novo); Blackwell v. Alliant Techsystems, Inc., 822 F.3d 431, 435 (8th Cir. 2016) (in absence of direct evidence of discrimination, Title VII discrimination claim is analyzed under burden-shifting framework of McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973)). Accordingly, we affirm the judgment of the district court on that basis. See 8th Cir. R. 47B.

---

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.